```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
                -against-                                         :     21-CR-603 (VEC)
                                                                  :
                                                                  :     ORDER
SHANNON BROWN & ALAN ANDERSON                                     :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 26, 2021, Mr. Brown and Mr. Anderson appeared for an initial status conference in this case; and

WHEREAS the Court is holding status conferences with the other Defendants over the course of this week;

IT IS HEREBY ORDERED that the Court will enter an omnibus order relating to all Defendants after the conclusion of the status conferences.

IT IS FURTHER ORDERED that Mr. Brown's bond is modified. Mr. Brown may travel to Illinois and Nevada upon notice and approval from SDNY Pre-trial Services at least 48 hours in advance of his trip.

IT IS FURTHER ORDERED that Mr. Anderson's bond is modified. Mr. Anderson may travel to Arizona and California upon notice and approval from SDNY Pre-trial Services at least 48 hours in advance of his trip.

**SO ORDERED.**

Dated: October 26, 2021
    New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**