MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/29/2021



# JONATHAN SUSSMAN, ESQ.

30 Broad Street, 14th Floor, New York, NY 10004
**M**obile: 215-913-9894 **O**ffice: 646-380-1808
**F**ax: 718-744-2977 Sussmanlawpc.com
**E**-Mail: lawyerjonathansussman@gmail.com

November 24, 2021

By ECF

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Terrence Williams** et al.
      **21 CR 603-2 (VEC)**

Dear Honorable Judge Caproni,

     Pursuant to a retainer, I am the attorney retained to represent defendant Alan Anderson in the above-captioned matter. Mr. Anderson has been released since his initial appearance in the District of Nevada on a personal recognizance bond. This letter is respectfully submitted with the consent of the government to request that the deadline for Mr. Anderson to secure two co-signers for his $250,000 unsecured personal recognizance bond be extended to December 3, 2021. There was some delay in coordination between the District of Nevada and the Southern District of Nevada as to the bond and because of the holiday weekend we will need an additional week. For this reason, we seek an extension to Friday, December 3. The government, by AUSA Kristy Greenberg, consents to this request. The Court's time and attention to this matter is appreciated.

I can be reached at my cellphone at 215-913-9894 or my office at 646-380-1808. Please do not hesitate to call or follow up with any questions or concerns if necessary. Thank you for your cooperation with my office.

Respectfully submitted,

Jonathan Sussman, Esq.

Counsel for Alan Anderson

Dated: 11-24-21

JS/sj

> Application GRANTED.
>
> SO ORDERED.
>
> *Valerie Caproni* (signature)
>
> Date: November 29, 2021
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE