**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/16/2022



# JONATHAN SUSSMAN, ESQ.

30 Broad Street, 14th Floor, New York, NY 10004
**M**obile: 215-913-9894 **O**ffice: 646-380-1808
**F**ax: 718-744-2977 Sussmanlawpc.com
**E**-Mail: lawyerjonathansussman@gmail.com

February 15, 2022

By ECF

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     **United States v. Williams**
        **21CR 603 (VEC)**

Dear Honorable Judge Caproni,

  Pursuant to a retainer, I am the attorney retained to represent defendant Alan Anderson in the above-captioned matter.  Mr.Anderson has been released since his initial appearance in the Southern District of New York on a personal recognizance bond.  This letter is respectfully submitted to request at least one day for Alan Anderson to fly to Nashville, Tennessee for his Aunt's funeral on Saturday, February 19, 2022. His Aunt died suddenly so he only had time to alert his local pretrial services officer to the request to which they had no objections at all. They directed him to make the same request of this Court.  Because of the timing of this request and the immediacy of the trip we were not able to get advance consent from the AUSAs on this case.  We would submit that he has been in good standing throughout his entire time on pretrial services without issue or incident. The Court's time and attention to this matter is appreciated.

I can be reached at my cellphone at 215-913-9894 or my office at 646-380-1808. Please do not hesitate to call or follow up with any questions or concerns if necessary.

Respectfully submitted,

Jonathan Sussman, Esq.

> Application GRANTED. Mr. Anderson must provide his pre-trial services officer with his travel itinerary in advance of his trip. The Court sends its condolences to Mr. Anderson on the passing of his Aunt.
>
> SO ORDERED.
>
> *[signature]* Date: February 16, 2022
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE

Dated: 2-15-22

JS/sj