```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/07/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

              -against-

ALAN ANDERSON

                                             Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR-603 ( ) ( )

Defendant __ALAN ANDERSON__ hereby voluntarily consents to participate in the following proceeding via _+_ videoconferencing or _***_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

_Alan Anderson_
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

ALAN ANDERSON
_____
Print Defendant's Name

_[signature]_
_____
Defendant's Counsel's Signature

JONATHAN SUSSMAN
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

~~6-30-22~~ 07/07/2022
_____
Date

_Valerie Caproni_
_____
U.S. District Judge/U.S. Magistrate Judge