USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/08/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA    :
:
-against-    :    21-CR-603 (VEC)
:
:    ORDER
ALAN ANDERSON,    :
:
Defendant.    :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 5, 2022, the parties requested that the Court schedule a change-of-plea hearing.

IT IS HEREBY ORDERED that a change-of-plea hearing will be held on **Wednesday, August 31, at 10:00 A.M.** The change-of-plea proceeding will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date:  August 8, 2022
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**