```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/31/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA                                     :
                                                             :
    -against-                                                :       21-CR-603 (VEC)
                                                             :
                                                             :       ORDER
                                                             :
ALAN ANDERSON,                                               :
                                                             :
                            Defendant.           :
                                                             :
------------------------------------------------------------ X

**MEMO ENDORSED**

VALERIE CAPRONI, United States District Judge:

        WHEREAS on August 31, 2022, the parties appeared for a change of plea hearing; and

        WHEREAS Mr. Anderson entered a plea of guilty to the lesser included offense of conspiracy to commit healthcare fraud of Count 1 of the Superseding Indictment (S3), which was accepted by the Court.

        IT IS HEREBY ORDERED that Mr. Anderson will be sentenced on **Tuesday, January 17, 2023, at 2:30 P.M.**  Pre-sentencing submissions are due no later than **January 3, 2023**.  The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date:  August 31, 2022**                                   _____
       **New York, NY**                                       **VALERIE CAPRONI**
                                                             **United States District Judge**