```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA           :
                                   :
     -against-                     :     21-CR-603 (VEC)
                                   :
                                   :        ORDER
ALAN ANDERSON,                     :
                                   :
                       Defendant.  :

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 11, 2023, the Government notified the Court that Mr. Anderson had been transported to the Southern District of New York.

IT IS HEREBY ORDERED that a status conference will be held in this matter on **Friday, January 13, 2023, at 2:00 P.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date: January 12, 2023
      New York, NY

                                    _____
                                         **VALERIE CAPRONI**
                                    **United States District Judge**