**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/27/2023

## JONATHAN SUSSMAN, ESQ.

30 Broad Street, 14th Floor, New York, NY 10004
**M**obile: 215-913-9894 **O**ffice: 646-380-1808
**F**ax: 718-744-2977 Sussmanlawpc.com
**E**-Mail: lawyerjonathansussman@gmail.com

January 26, 2023

Re: **USA V. TERRENCE WILLIAMS, 21 CR 603 (VEC)**

Good afternoon Your Honor,

As the Court is aware, I represent Alan Anderson on the above captioned indictment. Since the sentencing memorandum is due tomorrow, I would respectfully ask for leave to file on 2-3-23 or in the alternative, 2-1-23. As the Court was made aware at the last Court Proceeding, when the defense indicated we may make this request, Mr. Anderson is incarcerated and lives out of state. He does want the sentencing to go forward on the morning of 2-10-23 if at all possible as scheduled. We do need a bit more time getting all of the materials together for the sentencing submission. The US Attorneys' office is on notice and has no objection to this slight delay in sentencing memorandum filing.

Thanks in advance,

Jonathan Sussman, Esq.

Counsel for Alan Anderson

Dated: 1-26-23

JS/sj

---

Application GRANTED.

The sentencing submissions in this matter are due by **5:00 P.M. on Friday, February 3, 2023**.

SO ORDERED.

*Valerie Caproni* 01/27/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE